JOHN D. HIGGINBOTHAM, Bar No. 204179
John.Higginbotham@bbklaw.com
G. ROSS TRINDLE III, Bar No. 228654
Ross.Trindle@bbklaw.com
CURTIS R. WRIGHT, Bar No. 273323
Curtis.Wrigh@bbklaw.com
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Defendants,
CITY OF COLTON (erroneously named
as City of Colton Police Department) and
DETECTIVE HEUSTERBERG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MORENO, *et al.*, | Case No. 2:10-cv-08189-ODW (OPx) |
| Plaintiffs, | Judge: Honorable Otis D. Wright II |
| v. | |
| CITY OF COLTON POLICE DEPARTMENT, *et al.*, | DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT |
| Defendants. | DEMAND FOR JURY TRIAL |

23152.04257\5885707.1

Defendants City of Colton (erroneously named as the City of Colton Police Department) and Detective Heusterberg answer Plaintiffs' First Amended Complaint, as follows:

## GENERAL ALLEGATIONS

1. Defendants lack sufficient information to admit or deny and, on that basis, deny the allegations in paragraph 1.

2. Defendants admit that the City of Colton is a public entity and that the Colton Police Department is a department of the City. In all other respects, Defendants deny the allegations in paragraph 2.

3. Defendants deny the allegations in paragraph 3.

4. Defendants admit that some act occurred in San Bernardino County. However, Defendants lack sufficient knowledge as to whether all acts which form the basis of Plaintiffs' lawsuit occurred in San Bernardino County and, on that basis, deny the allegations in paragraph 4.

5. Paragraph 6 does not require a response.

6. Defendants deny the allegations in paragraph 6.

7. Defendants deny the allegations in paragraph 7.

8. Answering paragraph 8, the First Amended Complaint speaks for itself.

## FIRST CAUSE OF ACTION

9. Paragraph 9 does not require a response.

10. Defendants admit that search warrants were effectuated at the three addresses identified in paragraph 10 on Wednesday, January 20, 2010. In all other respects, Defendants deny the allegations in paragraph 10.

11. Defendants deny the allegations in paragraph 11.

12. Defendants deny the allegations in paragraph 12.

13. Defendants deny the allegations in paragraph 13.

14. Defendants deny the allegations in paragraph 14.

15. Defendants deny the allegations in paragraph 15.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

16. Defendants deny that Plaintiffs are entitled to any of the relief sought in paragraph 16.

SECOND CAUSE OF ACTION

17. Paragraph 17 does not require a response.

18. Defendants deny the allegations in paragraph 18.

19. Defendants deny that Plaintiffs are entitled to any of the relief sought in paragraph 19.

THIRD CAUSE OF ACTION

20. Paragraph 20 does not require a response.

21. Defendants admit that personal property and children were seized and/or detained pursuant to validly executed warrants on January 20, 2010. In all other respects, Defendants deny the allegations in paragraph 21.

22. Defendants deny the allegations in paragraph 22.

23. Defendants deny the allegations in paragraph 23.

24. Defendants deny the allegations in paragraph 24.

25. Defendants deny the allegations in paragraph 25.

26. Defendants deny the allegations in paragraph 26.

27. Defendants deny the allegations in paragraph 27.

28. Defendants deny the allegations in paragraph 28.

29. Defendants deny that Plaintiffs are entitled to any of the relief sought in paragraph 29.

FOURTH CAUSE OF ACTION

30. Paragraph 30 does not require a response.

31. Defendants admit that personal property and children were seized and/or detained pursuant to validly executed warrants on January 20, 2010. In all other respects, Defendants deny the allegations in paragraph 31.

32. Defendants deny the allegations in paragraph 32.

33. Defendants lack sufficient information to admit or deny and, on that

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

basis, deny the allegations in paragraph 33.

34. Defendants admit that personal property was seized pursuant to validly executed warrants on January 20, 2010. In all other respects, Defendants deny the allegations in paragraph 34.

35. Defendants deny the allegations in paragraph 35.

36. Defendants deny the allegations in paragraph 36.

37. Defendants deny the allegations in paragraph 37.

38. Defendants deny that Plaintiffs are entitled to any of the relief sought in paragraph 38.

### FIFTH CAUSE OF ACTION

39. Paragraph 39 does not require a response.

40. Defendants deny the allegations in paragraph 40.

41. Defendants deny the allegations in paragraph 41.

Defendants deny that Plaintiffs are entitled to any of the relief sought.

### SIXTH CAUSE OF ACTION

42. Paragraph 42 does not require a response.

43. Defendants deny the allegations in paragraph 43.

44. Defendants deny the allegations in paragraph 44.

45. Defendants deny the allegations in paragraph 45.

46. Defendants deny the allegations in paragraph 46.

47. Defendants deny the allegations in paragraph 47.

Defendants deny that Plaintiffs are entitled to any of the relief sought.

### SEVENTH CAUSE OF ACTION

48. Paragraph 48 does not require a response.

49. Defendants deny the allegations in paragraph 49.

50. Defendants deny the allegations in paragraph 50.

51. Defendants admit that Plaintiffs are entitled to their due process rights. Defendants deny that they have violated Plaintiffs due process rights. In all other

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

respects, Defendants deny the allegations in paragraph 51.

52. Defendants deny the allegations in paragraph 52.

53. Defendants deny the allegations in paragraph 53.

54. Defendants deny the allegations in paragraph 54.

55. Paragraph 55 does not require a response.

### EIGHTH CAUSE OF ACTION

56. Paragraph 56 does not require a response.

57. Defendants deny the allegations in paragraph 57.

58. Defendants deny the allegations in paragraph 58.

59. Defendants deny the allegations in paragraph 59.

60. Defendants deny the allegations in paragraph 60.

61. Defendants generally deny all other allegations except those specifically admitted.

### PRAYER FOR RELIEF

Defendants deny that Plaintiffs are entitled to any of the relief sought.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

The First Amended Complaint and each cause of action therein fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

(Failure to Mitigate)

Plaintiffs have failed to mitigate any loss or damage they may have suffered.

### THIRD AFFIRMATIVE DEFENSE

(Statute of Limitations)

Each and every cause of action is barred by the applicable statute of limitations.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Comply with California Government Claims Act)

The Second, Fifth, Seventh, and Eighth causes of action each fail due to Plaintiffs' failure to comply with the mandatory claim presentation requirements of the California Government Claims Act.

## FIFTH AFFIRMATIVE DEFENSE

### (Consent)

The First Amended Complaint and each cause of action therein fails to state any claim for relief where Plaintiffs authorized, consented to, and/or ratified the acts of Defendants.

## SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

The First Amended Complaint and each cause of action therein fails due to the equitable doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Duty)

The First Amended Complaint and each cause of action therein fails to state any claim for relief where Defendants did not owe Plaintiffs any duty to act or to refrain from acting.

## EIGHTH AFFIRMATIVE DEFENSE

### (Privileged Conduct)

The Second, Fifth, Seventh, and Eighth causes of action each fail where Defendants' conduct was privileged under state law.

## NINTH AFFIRMATIVE DEFENSE

### (Reasonable Conduct)

The First Amended Complaint and each cause of action therein fails to state any claim for relief where Defendants acted in an objectively reasonably fashion given the totality of the circumstances.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

## TENTH AFFIRMATIVE DEFENSE

### (No Custom, Practice, or Policy)

The First Amended Complaint and each cause of action therein fails to state any claim for relief where Defendants did not act according to any custom, practice, or policy, and where Defendants cannot be held liable, under the doctrine of *respondeat superior*.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Process Required)

The First, Second, Sixth, and Seventh causes of action each fail to state any claim for relief where Plaintiffs were not entitled to any due process as a matter of law.

## TWELFTH AFFIRMATIVE DEFENSE

### (Mere Negligence)

The First Amended Complaint and each cause of action therein fails to state any claim for relief where the allegations merely set forth that Defendants acted negligently, less than what is required to state any claim for an alleged constitutional violation either under the state or federal constitutions.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (No Constitutional Violation)

The First Amended Complaint and each cause of action therein fails to state any claim for relief where none of the acts or conduct or omissions described herein rises to the level of a constitutional violation under either the state or federal constitutions.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Constitutionally Valid Religious Practice)

The Third, Fourth, and Fifth causes of action each fail to state a claim for relief where Plaintiffs were not engaged in a constitutionally valid and recognized religious practice.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Failure to Name/Join Indispensible Party)

The First Amended Complaint and each cause of action therein fails where Plaintiffs have not named or joined an indispensible party.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Plaintiffs' Failure to Act)

The First Amended Complaint and each cause of action therein fails to state a claim for relief where Plaintiffs failed to adequately act under the circumstances, and where they were required to do so prior to filing the First Amended Complaint.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Fundamental Right)

The First Amended Complaint and each cause of action therein fails to state a claim for relief where Plaintiffs have not identified and/or Defendants have not violated any fundamental right.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Case or Controversy)

The First Amended Complaint and each cause of action therein fails to state any claim for relief where no case or controversy exists.

## NINETEENTH AFFIRMATIVE DEFENSE

### (No Justiciable Issue)

The First Amended Complaint and each cause of action therein fails to state any claim for relief where no justiciable issue exists.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Ripeness)

The First Amended Complaint and each cause of action therein fails where none of the alleged claims are ripe for adjudication.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Lack of Standing)

The First Amended Complaint and each cause of action therein fails due to Plaintiffs lack of standing.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Laches)

The First Amended Complaint and each cause of action therein is barred by the equitable doctrine of laches.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Qualified Immunity)

The First Amended Complaint and each cause of action therein fails due to the doctrine of qualified immunity.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Law Not Clearly Established)

The First Amended Complaint and each cause of action therein fails where the law was not clearly established at the time complained of therein.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Good Faith Acts)

The First Amended Complaint and each cause of action therein fails to state any claim for relief where Defendants acted in good faith at all times material herein, based on all relevant facts and circumstances known at the time of any such actions.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (No Supervisor Liability)

The First Amended Complaint and each cause of action therein fails to state any claim for relief where Defendants are not supervisors or policymakers, such that no supervisory liability can lie.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

23152.04257\5885707.1

- 8 -

ANSWER TO FIRST AMENDED COMPLAINT
Case No. 2:10-cv-08189-ODW (OPx)

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (No Unconstitutional Custom, Practice or Policy)

No municipal liability can lie as any alleged constitutional deprivation did not occur, and if it did, no unconstitutional custom, practice, or policy was the moving force behind such alleged deprivation.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Waiver)

The First Amended Complaint and each cause of action therein is barred by the equitable doctrine of waiver.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Amendment)

Defendants reserve the right to further amend this Answer as further affirmative defenses are discovered.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Estoppel)

The First Amended Complaint and each cause of action therein is barred by the equitable doctrine of estoppel.

## DEMAND FOR JURY TRIAL

Defendants reserve their right to a jury trial on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiffs take nothing;

2. That the First Amended Complaint be dismissed with prejudice;

3. That Defendants be awarded their costs and attorney fees to the maximum extent allowed by law; and

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

4.    For such other relief as the Court deems just and proper.

Dated:  August 23, 2011

BEST BEST & KRIEGER LLP

By:  _____
JOHN D. HIGGINBOTHAM
G. ROSS TRINDLE III
CURTIS R. WRIGHT
Attorneys for Defendants
CITY OF COLTON and
DETECTIVE HEUSTERBERG

LAW OFFICES OF
BEST BEST & KRIEGER LLP
300 SOUTH GRAND AVENUE, 25TH FLOOR
LOS ANGELES, CA 90071

23152.04257\5885707.1

- 10 -

ANSWER TO FIRST AMENDED COMPLAINT
Case No. 2:10-cv-08189-ODW (OPx)